

Signed and Filed: October 10, 2012

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Case No. 12-31603 TEC |
| EDYLAMAR FERREIRA DE SOUSA, | ) Chapter 13 |
| Debtor. | ) |

**MEMORANDUM DECISION RE MOTION TO VALUE LIEN**

On August 23, 2012, the court held a hearing on Debtor's motion to value at zero the junior lien that JPMorgan Chase Bank, N.A. (Chase) holds against Debtor's real property at 80 Ocean Grove Avenue, Daly City, California (the Property). William H. Hummel appeared for Debtor. Megan E. Lees appeared for Chase. Upon due consideration, and for the reasons set forth below, the court determines that the motion should be granted.

Chase opposes the motion to value on the basis that Debtor received a discharge within the prior four years, is not eligible to receive a discharge in the present case, and therefore may not strip Chase's lien under In re Victorio, B.R. 759 (Bankr. S.D. Cal. 2011).

MEMORANDUM DECISION RE
MOTION TO VALUE LIEN
-1-

Chase's argument is not persuasive.  First, section 1325(a)(5)(B)(i)(I) does not apply if liens senior to Chase's lien exceed the value of the collateral.  See <u>Victorio</u>, 454 B.R. at 774.  Second, this court is persuaded by the reasoning of <u>In re Tran</u>, 431 B.R. 230 (Bankr. N.D. Cal. 2010).  Third, this court does not agree with <u>Victorio</u> that completion of the plan without a discharge constitutes cause for conversion or dismissal under section 1307.  <u>See</u> <u>Victorio</u>, 454 B.R. at 780.  There is no prejudicial delay to the non-recourse stripped lienholder from completion of the plan without a discharge, because the lienholder has no <u>in personam</u> claim to enforce, and its <u>in rem</u> claim has been disallowed under sections 506(d), 1322 and 1327.

Chase's sole objection to the motion to value is overruled, and the motion is therefore granted.  Debtor shall submit a proposed form of order, using the standard form contained in the court's guidelines.

**\*\*END OF MEMORANDUM DECISION\*\***